■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAY KNOHL, Also Known as JAY KNOLL, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kreindler, J.), rendered August 8, 1979, convicting him of bail jumping in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, J. P., Bracken, Niehoff, Kooper and Spatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES KNUTH, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Farlo, J.), rendered February 22, 1984, convicting him of reckless endangerment in the first degree and endangering the welfare of a child, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

On this appeal the only issue raised by the defendant is that he was deprived of effective assistance of counsel. We disagree and find that trial counsel's representation was adequate and did not fall below established professional standards *(see, People v Baldi,* 54 NY2d 137). Mangano, J. P., Bracken, Lawrence and Kooper, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOEL KRAMER, Appellant.—Appeals by the defendant from two judgments of the County Court, Nassau County (Harrington, J.), both rendered August 5, 1982.

Ordered that the judgments are affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9; *People v Suitte,* 90 AD2d 80). Thompson, J. P., Lawrence, Rubin, Kunzeman and Sullivan, JJ., concur.